# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS DEVELOPMENT GROUP, LLC, <br><br> Defendant. | 2:16-cv-00223-GMN-VCF <br><br> **ORDER** |

Before the court is the *Wells Fargo Bank, N.A. v. Las Vegas Development Group, LL*C, case no. 2:16-cv-00223-GMN-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:00 a.m., June 3, 2016. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 17th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE