ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

**ROGER P. CROTEAU & ASSOCIATES, LTD.**
• 9120 W. Post Road, Suite 100 • Las Vegas, Nevada 89148 •
Telephone: (702) 254-7775 • Facsimile (702) 228-7719

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| WELLS FARGO BANK, N.A., | ) |
| Plaintiff, | ) Case No. 2:16-cv-00223-GMN-VCF |
| vs. | ) |
| LAS VEGAS DEVELOPMENT GROUP, LLC; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND BRIEFING
SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT**
**(First Request)**

COMES NOW Plaintiff, WELLS FARGO BANK, N.A., and Defendant, LAS VEGAS DEVELOPMENT GROUP, LLC, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On December 16, 2016, Plaintiff filed a Motion for Summary Judgment herein [Doc. #23]. A response to said Motion is presently due on January 6, 2017.

2. Defendant's counsel has been required to devote time and attention to numerous other pending legal matters since the filing of the Motion for Summary Judgment which have detracted from the time available prepare a response. In addition, the

1537 Hollow Tree

Christmas and New Years Day holidays significantly detracted from the time available to respond.

3. Defendant shall have an extension of time until January 23, 2017, in which to respond to the Plaintiff's Motion for Summary Judgment.

4. Plaintiff shall have until February 13, 2017, in which to file a Reply.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___6th___ day of January, 2017.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | SNELL & WILMER, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* | /s/ *Andrew M. Jacobs* |
| TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Las Vegas Development Group, LLC*** | ANDREW M. JACOBS, ESQ.<br>Nevada Bar No. 12787<br>50 W. Liberty Street<br>Suite 510<br>Reno, NV 89501<br>(775) 785-5440<br>(775) 785-5441<br>wklomp@swlaw.com<br>***Attorney for Plaintiff***<br>***Wells Fargo Bank, N.A.*** |

**IT IS SO ORDERED.**

By: _____
    Judge, U.S. District Court

Dated: January 11, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ____6TH_____ day of January, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT (First Request)** to the following parties:

Andrew M. Jacobs
SNELL & WILMER LLP
50 W. Liberty Street
Suite 510
Reno, NV 89501
(775) 785-5440
(775) 785-5441
ajacobs@swlaw.com
*Attorney for Plaintiff*
*Wells Fargo Bank, N.A.*

Wayne Klomp
SNELL & WILMER LLP
50 W. Liberty Street
Suite 510
Reno, NV 89501
(775) 785-5440
(775) 785-5441
wklomp@swlaw.com
*Attorney for Plaintiff*
*Wells Fargo Bank, N.A.*

Gregory L Wilde
Tiffany & Bosco P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
efilenv@tblaw.com
*Attorney for Plaintiff*
*Wells Fargo Bank, NA*

Kevin S. Soderstrom
Tiffany & Bosco P.A.
212 S. Jones Blvd.
Las Vegas, NV 89107
(702) 258-8200
(702) 258-8787 (fax)
kss@tblaw.com
*Attorney for Plaintiff*
*Wells Fargo Bank, NA*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

1537 Hollow Tree